

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 9, 2015

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The State's brief was originally due December 31, 2014. On January 5, 2015, the State filed a motion to extend time to file its brief, asking for a ninety-day extension. We granted the State's motion, but advised the State that no further extensions would be granted absent written proof of extraordinary circumstances. Accordingly, the State's brief was due March 31, 2015, but it was not filed. On April 6, 2015, the clerk's office of this court called the State regarding the status of the State's brief. In response, the State filed a second motion for extension of time, asking for an additional thirty days to file its brief. After reviewing the motion, we find the State has demonstrated extraordinary circumstances with regard to its second request for an extension of time. Accordingly, we **GRANT** the State's motion and **ORDER** the State to file its brief on or before **April 30, 2015**. **THE STATE IS ADVISED THAT NO FURTHER EXTENSIONS OF TIME TO FILE ITS BRIEF WILL BE GRANTED.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court